# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA *ex rel.* MAGDY HUSSEIN,

                              Plaintiff,

v.

HAYAT PHARMACY, LLC, HAYAT PHARMACIES 1–10, LLC, HAYAT PHARMACY 12, LLC, HAYAT PHARMACY 14, LLC, HAYAT PHARMACIES 16–23, LLC, TAMIR KALOTI, JAMES P. HANEY, and HASHIM ZAIBAK,

                              Defendants.

Case No. 20-CV-472-JPS

**ORDER**

On January 26, 2022, the United States filed a Notice of Election to Intervene pursuant the False Claims Act, 31 U.S.C. § 3730, in order to effectuate the settlement of this matter. (Docket #17). Based on the submissions of the United States, and for good cause shown,

**IT IS ORDERED** that that the United States may intervene for purposes of settlement in this action;

**IT IS FURTHER ORDERED** that the case be unsealed; and

**IT IS FURTHER ORDERED** that all current entries on the docket, *except* the relator's complaint (Docket #1), the relator's disclosure statement (Docket #2), the notice of appearance of Attorney Michael A. Carter (Docket #3), the United States' Notice of Election to Intervene and its two attachments (Docket #17, #17-1, #17-2), and this Order, remain sealed.

Dated at Milwaukee, Wisconsin, this 28th day of January, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge

Case 2:20-cv-00472-JPS   Filed 01/28/22   Page 2 of 2   Document 18